IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

           Plaintiff,

-vs-                                                 Criminal Action No.
                                                 24-00277-01-CR-W-RK

MONTEZ L. WOODS,

           Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:      Count One    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
      Government: Jeff McCarther
      Case Agent:   Independence, Missouri Police Department Det. Todd Winborn
      Defense:     Bill Raymond

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
      Government:   3 with stipulations; 5-6 without stipulations
      Defense:   1 witness, including Defendant who may testify

**TRIAL EXHIBITS**:
      Government:   10 exhibits
      Defense:   10 exhibits

**DEFENSES**:
      ( x )   defense of general denial
      (　 )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      (　) Definitely for trial            (　) Possibly for trial
      (　) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**:   **2 days**
>    Government's case including jury selection:    1 ½ days
>    Defense case: ½ day

**STIPULATIONS**:
>    (  )    not likely
>    (  )    not appropriate
>    ( x )    likely as to:
>        (  )    chain of custody
>        (  )    chemist's reports
>        (  )    prior felony conviction
>        ( x )    interstate nexus of firearm
>        ( x )    whether it was a firearm

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

>    **Witness and Exhibit Lists**:
>    Government: March 3, 2025
>    Defense: March 3, 2025
>    **Counsel are requested to list witnesses in alphabetical order on their witness list.**
>
>    **Exhibit Index, Voir Dire, Jury Instructions**: March 3, 2025
>    **Jury instructions must comply with Local Rule 51.1**
>
>    **Motions in Limine**: March 3, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing March 17, 2025
>    **Please note**:   *Counsel did not identify any conflicts with the upcoming docket.*

**OTHER**:
>    (  )    A _____-speaking interpreter is required.
>    (  )    Other assistive devices: _____

>    **IT IS SO ORDERED.**

*/s/ Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge
